## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LYNETTE SHADDING, | : | No. 475 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE CO., | : | |
| A/K/A LIBERTY MUTUAL INSURANCE | : | |
| COMPANY, INC., ET AL, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.